[No. 1453-2.   Division Two.   November 26, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER MAKINSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 5099, Frank L. Price, J., entered May 2, 1974. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 3027-1.   Division One.   December 1, 1975.]

FREDDIE B. FEARS, *Respondent*, v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 765662, David W. Soukup, J., entered April 24, 1974. *Reversed* by unpublished opinion per James, J., concurred in by Swanson and Anderson, JJ.

[No. 2970-1.   Division One.   December 1, 1975.]

M. A. PORTER, *Respondent*, v. BOB WILSON, ET AL, *Defendants*, ALAN FROELICH, ET AL, *Respondents*, BARBEE MILL COMPANY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 735585, Frank J. Eberharter, J., entered April 19, 1974. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson and Callow, JJ.